IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GUILLERMO MALDONADO | ) | |
| | ) | |
| vs. | ) | C.A. 02-335L |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Kenneth P. Madden, First Assistant U.S. Attorney, and hereby respectfully moves that this Court extend the time period during which the government must respond to the petition to August 12, 2005. For grounds, the undersigned Assistant U. S. Attorney states that he requires additional time to review the petitioner's files regarding his previous post-conviction relief petitions.

WHEREFORE, the government respectfully moves that the motion be granted.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden

KENNETH P. MADDEN
First Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on 21st day of July, 2005, I mailed a true copy of the within Government's Motion For Extension Of Time, ordinary mail and postage prepaid, to:

Guillermo Maldonado
Reg. No. 04428-070
FCI Fort Dix
P.O. Box 2000/5752
Fort Dix, NJ 08640