Guillermo Maldonado
Reg. # 04428-070
FEDERAL CORRECTIONAL INSTITUTION
P.O Box 2000-UNIT 5752
FORT DIX, N.J 08640

**SEPTEMBER 29th, 2005**

CLERK OF THE COURT
U.S DISTRICT COURT
PROVIDENCE, RHODE ISLAND 02903-1779

RE: **MALDONADO v U.S**
Case # 02-335L

Dear Clerk:

Because on the second day of SEPTEMBER in the year two thousand five Petitioner received the Government's Response to Petitioner's RULE 60(b) motion, pursuant to the FEDRAL RULES of CIVIL PROCEDURE, Petitioner has fourteen days after being notified to file a Reply to the Government's Response.

On the thirteenth day of SEPTEMBER in the year two thousand five, Petitioner filed a Reply to the Government's Response, however on the fifteenth day of SEPTEMBER in the year two thousand five the Court issued a Memorandum and Order as to the RULE 60(b) action. Under the MAILBOX RULE an inmate's motion is deemed filed once a Court action is within the correctional institution's postal box, which is the day Petitioner certifies the service under oath.

Viewing this as a motion for reconsideration, it is Denied: Ronald R. Lagueux
Sr. USDJ 11/16/05